# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00287-CV

**In re Catherine L. Marston**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Catherine L. Marston, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus asking this Court to compel the court reporter for the Travis County Court at Law #4 to prepare a reporter's record in trial court cause numbers C-1-CV-04-276134 and C-1-CV-04-278953, in which the trial court entered protective orders against Marston. Marston appears to request these transcripts to assist her in filing an appeal.

This Court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits our mandamus jurisdiction to: (1) writs against a district court judge or a county court judge in this Court's district, and (2) all writs necessary to enforce this Court's jurisdiction. Tex. Gov't Code Ann. § 22.221 (West 2004). A court reporter is not, of course, a district court judge or county court judge. Nor is the issuance of a writ against the court reporter in this case necessary to enforce this Court's jurisdiction. Accordingly, we deny Marston's petition for writ of mandamus.

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed:   May 9, 2013